UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BROWN,<br>        Petitioner,<br>   v.<br>S. TORRES,<br>        Respondent. | Case No. 18-cv-02162-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 2 |

Petitioner Frederick Brown has not complied with the Court's order to file a petition on this Court's form, which has been provided to him. If he chooses to comply, he should describe specifically how he believes his rights are being violated. This action is DISMISSED without prejudice for failure to comply with the Court's order and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, Brown may move to reopen this habeas action. Any such motion <u>must</u> contain a petition on this Court's form.

Brown's motion to proceed *in forma pauperis* is GRANTED. (Dkt. No. 2.)

The Clerk shall terminate Dkt. No. 2, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 4, 2018

                                                  WILLIAM H. ORRICK
                                                  United States District Judge